UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHILDREN'S HOSPITAL CORPORATION,<br>      Movant,<br><br>          v.<br><br>W.B. MASON CO., INC. and<br>CONSUMERS INTERSTATE CORPORATION,<br>          Interested Parties. | )<br>)<br>)<br>)    Civil Action No.<br>)    10-MC-10230-NG<br>)<br>)<br>)<br>)<br>) |

GERTNER, D.J.:

ORDER
August 12, 2010

     This is a motion to quash a subpoena for the Rule 30(b)(6)

testimony of Children's Hospital Corp. for use in an out-of-state

patent infringement case, *Consumers Interstate Corp. v. Staples,*

*Inc., et al.,* Civ. A. No. 06-173 (D. Conn.).  Children's Hospital

argues that the subpoena, served shortly before the close of

discovery in this four-year-old case, was overbroad and unduly

burdensome.  In its response, CIC has substantially narrowed its

request and provided justification for its initial breadth.

However, to the extent that the subpoena seeks materials before

the granting of the patent that is in dispute in the underlying

case, those materials are irrelevant and in any case, not

sufficiently central to the litigation of this case to justify

the burden that complying with this subpoena will place on

Children's Hospital.  Motion to Quash (Document #1) is GRANTED.

**SO ORDERED.**

Date:  August 12, 2010          /S/ NANCY GERTNER
                                **NANCY GERTNER, U.S.D.C.**

2